**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Allstate Insurance Company** | ) | **CASE NO. 1:14 CV 208** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **Vs.** | ) | |
| | ) | |
| **Electrolux Home Products, Inc., et al.** | ) | **Order of Transfer** |
| | ) | |
| **Defendants.** | ) | |

This Court, having granted Defendant's Motion to Transfer Venue (Doc. 11) after finding

that the balance of factors under 28 U.S.C. § 1404(a) weighed in favor of transfer, hereby

TRANSFERS this case to the United States District Court for the Southern District of Texas.

IT IS SO ORDERED.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 8/19/14